# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1511
Lower Tribunal No. 19-8673 CC
_____

**Mohammed Faruk,**
Appellant,

vs.

**Madison Acquisitions Corp.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Shlomo Y. Hecht, P.A., and Shlomo Y. Hecht (Miramar), for appellant.

Legon Fodiman & Sudduth, P.A., and Wendy V. Polit and Todd A. Fodiman, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.